STATE v. JONES

No. 266P87.

Case below: 85 N.C. App. 349.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. KIRKPATRICK

No. 255P87.

Case below: 85 N.C. App. 172.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 July 1987.

STATE v. MCLEAN

No. 234P87.

Case below: 85 N.C. App. 172.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. NICHOLSON

No. 249P87.

Case below: 85 N.C. App. 539.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987. Petition by defendant for writ of supersedeas denied and temporary stay dissolved 7 July 1987.

STATE v. OLIVER

No. 204P87.

Case below: 85 N.C. App. 1.

Petition by defendants (Oliver and Brummitt) for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987. Petition by defendant Oliver for writ of supersedeas denied and temporary stay dissolved 7 July 1987.